**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6216**

---

WALTER DAVID YOUNCE,

                               Petitioner - Appellant,

    versus

STATE OF SOUTH CAROLINA; ATTORNEY GENERAL OF
THE STATE OF SOUTH CAROLINA,

                               Respondents - Appellees.

---

**No. 97-6217**

---

WALTER DAVID YOUNCE,

                               Petitioner - Appellant,

    versus

STATE OF SOUTH CAROLINA; ATTORNEY GENERAL OF
THE STATE OF SOUTH CAROLINA,

                               Respondents - Appellees.

---

Appeals from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-96-3542-2-18AJ, CA-96-3306-2-18AJ)

Submitted:  November 20, 1997        Decided:  December 9, 1997

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Walter David Younce, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal from the district court's orders
denying relief on his two petitions filed under 28 U.S.C.A. § 2254
(West 1994 & Supp. 1997). We have reviewed the records and the dis-
trict court's opinions accepting the recommendations of the magis-
trate judge and find no reversible error. Accordingly, we deny a
certificate of appealability and dismiss the appeals on the reason-
ing of the district court. Younce v. South Carolina, Nos. CA-96-
3542-2-18AJ; CA-96-3306-2-18AJ (D.S.C. Jan. 27, 1997). We dispense
with oral argument because the facts and legal contentions are
adequately presented in the materials before the court and argument
would not aid the decisional process.

DISMISSED